POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>TELEPHONE NO: (213) 205-6560    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: FREDDY IZAGUIRRE | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles |
|---|
| STREET ADDRESS:   350 West 1st Street |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:   Los Angeles, 90012 |
| BRANCH NAME:   FIRST STREET U.S COURTHOUSE |

| PLAINTIFF / PETITIONER:   FREDDY IZAGUIRRE<br>DEFENDANT / RESPONDENT:   HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP | CASE NUMBER:<br>2:26-cv-01162 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>15251447 |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:                     (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. **X** summons
   b. **X** complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. **X** Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. **X** other *(specify documents)*:    CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT
3. a. Party served *(specify name of party as shown on documents served)*:
      MICHAEL SONG D/B/A SWEET FLOWER
   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served:
   1413 WESTWOOD BOULEVARD, LOS ANGELES, CA 90024
5. I served the party *(check proper box)*
   a. ☐ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:                  (2) at *(time)*:
   b. **X** **by substituted service**. On *(date)*:   Mon, Mar 09 2026            at *(time)*:   05:35 PM            I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Cameron Engdahl Manager
      (1) **X** **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) **X** I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   Mon, Mar 09 2026
          from *(city)*:   UPLAND                                      or ☐ a declaration of mailing is attached.
      (5) **X** I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| PLAINTIFF / PETITIONER: FREDDY IZAGUIRRE | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP | 2:26-cv-01162 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*:          (2)  from *(city)*:

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☐  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of *(specify)*:

  c.  ☐  as occupant.

  d.  ☐  On behalf of *(specify)*:

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

  a.  Name:    MICHAEL RODGERS

  b.  Address:    440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786

  c.  Telephone number:    909-850-5242

  d.  **The fee** for service was:

  e.  I am:

    (1)  ☐  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☒  a registered California process server:

      (i)  ☐ owner  ☐ employee  ☒ independent contractor

      (ii)  Registration No:  833

      (iii)  County:  SAN BERNARDINO

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  03/17/2026

MICHAEL RODGERS

_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____
(SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: FREDDY IZAGUIRRE | CASE NUMBER: |
|---|---|
| DEFENDANT / RESPONDENT: HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP | 2:26-cv-01162 |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: Feb 27, 2026, 10:23 am PST at 1413 WESTWOOD BOULEVARD, LOS ANGELES, CA 90024
Per employee, the recipient is not at work today.

2) Unsuccessful Attempt: Feb 27, 2026, 12:33 pm PST at 1413 WESTWOOD BOULEVARD, LOS ANGELES, CA 90024
Per employee, the recipient is not at work today.

3) Unsuccessful Attempt: Mar 6, 2026, 2:56 pm PST at 1413 WESTWOOD BOULEVARD, LOS ANGELES, CA 90024
Per employee, the recipient is not at work today.

4) Successful Attempt: Mar 9, 2026, 5:35 pm PDT at 1413 WESTWOOD BOULEVARD, LOS ANGELES, CA 90024 received by Cameron Engdahl Manager.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   03/17/2026

MICHAEL RODGERS
_____
(TYPE OR PRINT NAME)

_M. Rodger_ (signature)
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for   ☐ Plaintiff   ☐ Petitioner   ☐ Defendant
☐ Respondent   ☒ Other (Specify): REGISTERED PROCESS SERVER