POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| SO CAL EQUAL ACCESS GROUP<br>JASON KIM (SBN: 190246)<br>101 SOUTH WESTERN AVENUE SECOND FLOOR<br>LOS ANGELES, CA 90004<br>TELEPHONE NO: (213) 205-6560      FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:   FREDDY IZAGUIRRE | |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Los Angeles<br>STREET ADDRESS:  350 West 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  Los Angeles, 90012<br>BRANCH NAME:  FIRST STREET U.S COURTHOUSE | |

| | |
|---|---|
| PLAINTIFF / PETITIONER:   FREDDY IZAGUIRRE<br>DEFENDANT / RESPONDENT:   HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP | CASE NUMBER:<br>2:26-cv-01162 |

| | |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>15251462 |

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:                              (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
    a.  **[X]**  summons
    b.  **[X]**  complaint
    c.  **[ ]**  Alternative Dispute Resolution (ADR) package
    d.  **[X]**  Civil Case Cover Sheet *(served in complex cases only)*
    e.  **[ ]**  cross-complaint
    f.  **[X]**  other *(specify documents)*:   CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT

3.  a.  Party served *(specify name of party as shown on documents served)*:
        HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP
    b.  **[X]**  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
        C/O 505 CORPORATION C T CORPORATION SYSTEM, JAQUELINE MEJIA - AS AGENT FOR SERVICE OF PROCESS

4.  Address where the party was served:
    330 NORTH BRAND BOULEVARD, 700, GLENDALE, CA 91203

5.  I served the party *(check proper box)*
    a.  **[X]**  **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   Fri, Feb 20 2026          (2) at *(time)*:   08:46 AM
    b.  **[ ]**  **by substituted service**. On *(date)*:                  at *(time)*:                  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1)  **[ ]**  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2)  **[ ]**  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3)  **[ ]**  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4)  **[ ]**  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:                  from *(city)*:                          or **[ ]** a declaration of mailing is attached.
        (5)  **[ ]**  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

---

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |
|---|---|---|

| | |
|---|---|
| PLAINTIFF / PETITIONER:  FREDDY IZAGUIRRE<br>DEFENDANT / RESPONDENT:  HCH, LTD., A CALIFORNIA LIMITED PARTNERSHIP | CASE NUMBER:<br>2:26-cv-01162 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date)*:            (2)  from *(city)*:

    (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

    (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

    ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a.  ☐  as an individual defendant.

  b.  ☐  as the person sued under the fictitious name of *(specify)*:

  c.  ☐  as occupant.

  d.  ☐  On behalf of *(specify)*:

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

  a.  Name:               Nikko Paulino

  b.  Address:           11642 MCLENNAN AVENUE, GRANADA HILLS, CA 91344

  c.  Telephone number:    8184253193

  d.  **The fee** for service was:

  e.  I am:

    (1)  ☐  not a registered California process server.

    (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

    (3)  ☒  a registered California process server:

      (i)  ☐ owner  ☐ employee  ☒ independent contractor

      (ii)  Registration No:  2023086856

      (iii)  County:  LOS ANGELES

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  04/08/2026

Nikko Paulino

_____<br>(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____<br>(SIGNATURE)